**No. 45568.**—Protests 987011–G, etc., of Quong Yuen Shing et al. (New York).

Opinion by EVANS, J. In accordance with stipulation of counsel and on the authority of *Oy Wo Tong Co.* v. *United States* (5 Cust. Ct. 70, C. D. 372) the protests were sustained.

**No. 45569.**—Protests 966427–G, etc., of Sun Kwong On Co. (New York).

Opinion by EVANS, J. In accordance with stipulation of counsel and on the authority of *Oy Wo Tong Co.* v. *United States* (5 Cust. Ct. 70, C. D. 372) the protests were sustained.

**No. 45570.**—Protests 952188–G, etc., of Wing Woh Chong Hing Kee Co. (New York).

Opinion by EVANS, J. In accordance with stipulation of counsel and on the authority of *Oy Wo Tong Co.* v. *United States* (5 Cust. Ct. 70, C. D. 372) the protests were sustained.

**No. 45571.**—Protests 946086–G, etc., of Mon Hing & Co. et al. (New York). ·

Opinion by EVANS, J. In accordance with stipulation of counsel and on the authority of *Oy Wo Tong Co.* v. *United States* (5 Cust. Ct. 70, C. D. 372) the protests were sustained.

**No. 45572.**—Protests 29396–K, etc., of Kwong Yuen Shing et al. (New York).

Opinion by EVANS, J. In accordance with stipulation of counsel and on the authority of *Oy Wo Tong Co.* v *United States* (5 Cust. Ct. 70, C. D. 372) the protests were sustained.

**No. 45573.**—Protests 49945–K, etc., of Mon Hing & Co. et al. (New York).

Opinion by EVANS, J. In accordance with stipulation of counsel and on the authority of *Oy Wo Tong Co.* v. *United States* (5 Cust. Ct. 70, C. D. 372) the protests were sustained.

**No. 45574.**—Protest 45059–K of B. R. Anderson & Co. (Seattle).

Opinion by EVANS, J. In accordance with stipulation of counsel and on the authority of *Oy Wo Tong Co.* v. *United States* (5 Cust. Ct. 70, C. D. 372) the protest was sustained.